No. 84–1353. KARTELL ET AL. *v.* BLUE SHIELD OF MASSACHUSETTS, INC.; and

No. 84–1354. RODKEY ET AL. *v.* BLUE SHIELD OF MASSACHUSETTS, INC. C. A. 1st Cir. Motion of American Medical Association for leave to file a brief as *amicus curiae* granted. Motion of Ball Memorial Hospital, Inc., et al. for leave to file a brief as

---

*amici curiae* in No. 84–1353 granted. Certiorari denied. Reported below: 749 F. 2d 922.